judicial department, entered December 3, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for services and for money loaned.

The motion was made upon the grounds that the Court of Appeals had no jurisdiction to entertain the appeal; that the Appellate Division had unanimously decided that the verdict was supported by the. evidence; that the exceptions were frivolous and that no questions of law were presented for review.

*Martin H. Latner* for motion.

*David C. Bennett, Jr.,* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

JAMES A. GROSS, Appellant, *v.* TITLE GUARANTEE AND TRUST COMPANY, Respondent.

*Gross* v. *Title Guarantee & Trust Co.,* 146 App. Div. 956, affirmed. (Argued March 7, 1913; decided May 6, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 4, 1911, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action to recover damages alleged to have been occasioned plaintiff's assignor through the defendant's errors and omissions in making a search as to the title of certain real property.

*Edward W. S. Johnston* and *Benjamin E. Messler* for appellant.

*Harold Swain* and *Robert W. Cromley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK, HOGAN and MILLER, JJ.